**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01347-REB-KMT

MICHAEL RILEY,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation, and
SPRINT NEXTEL CORPORATION, a Kansas corporation,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT SPRINT NEXTEL CORPORATION, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice of Sprint Nextel Corporation** [#19][1] filed July 8, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Sprint Nextel Corporation, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice of Sprint Nextel Corporation** [#19] filed July 8, 2013, is **APPROVED**;

    2.  That plaintiff's claims against defendant, Sprint Nextel Corporation, are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant, Sprint Nextel Corporation, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 8, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge