**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01347-REB-KMT

MICHAEL RILEY,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendant's **Unopposed Motion For Leave to File Surreply** [#34] filed February 25, 2014.  The motion is **GRANTED**, and the court accepts the content set forth in the motion for leave as Aetna's surreply.

    Dated: February 26, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.