**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01347-REB-KMT

MICHAEL RILEY,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court on the **Joint Motion For Determination Based on The Administrative Record and Briefs** [#35][2] filed February 25, 2014. The motion is **GRANTED**, and the court will rule on the issues raised by and inherent to the complaint in due course.

    Dated: August 11, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.