# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01347-REB-KMT

MICHAEL RILEY

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation

    Defendant

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Affirming Agency Action** [#38] of Judge Robert E. Blackburn entered on April 13, 2015 it is

ORDERED that the decision to terminate plaintiff's long-term disability benefits is affirmed; and that judgment is entered in favor of defendant on all claims for relief asserted in the **Complaint for Damages** [#1], filed May 23, 2013.  The Defendant is awarded its costs to be taxed by the clerk of court pursuant to  Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

  Dated at Denver, Colorado this 13th day of April, 2015.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
A. Lowe
Deputy Clerk